# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1432
Lower Tribunal No. 2008-CA-030736-O

_____

DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES,

Appellant/Cross-Appellee,

v.

GARY M. MAHON d/b/a POKEY'S LAKE GEM CITRUS NURSERY,

Appellee/Cross-Appellant.

_____

Appeal from the Circuit Court for Orange County.
Denise Kim Beamer, Judge.

January 2, 2024

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and SMITH, JJ., concur.


Wesley R. Parsons and Karen H. Curtis, of Clarke Silverglate, P.A., Miami, for Appellant/Cross-Appellee.

Ryan C. Reese, of Moore Bowman & Reese, P.A., Tampa, for Appellee/Cross-Appellant.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED